UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| HAI THANH PHAN,<br><br>        Petitioner,<br><br>v.<br><br>KRISTI NOEM, in her capacity as Secretary of the Department of Homeland Security, et al.,<br><br>        Respondents. | No. 6:25-CV-055-H |

### ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is the petitioner's Motion for Expedited Briefing & Preliminary Injunction.  Dkt. No. 2.  The Court grants the motion (Dkt. No. 2) in part.   The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order.  *See* 28 U.S.C. § 2243.  Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted and respond to the petitioner's motion for a preliminary injunction by no later than July 28, 2025.  The petitioner may file a reply to the respondents' answer and preliminary-injunction response by no later than August 11, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on July 9, 2025, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's motion for a preliminary injunction (Dkt. No. 2) or the petitioner's habeas petition (Dkt. No. 1).  The respondents' notice should also address what notice, if any, the respondents will give the petitioner's counsel prior to moving the petitioner outside the Court's jurisdiction.

Service of this Order, as well as the petition (Dkt. No. 1), the appendix in support of the petition (Dkt. No. 1-1), and the motion for a preliminary injunction (Dkt. No. 2), shall be made by the petitioner on the Acting United States Attorney for the Northern District of Texas, Nancy Larson, by 5:00 p.m. CT on July 7, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on July 7, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE